IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEPHEN L. HUGHES,**

        **Petitioner,**

    v.                                 Case No. 2:15-cv-3083
                                        JUDGE GRAHAM
**WARDEN, PICKAWAY CORRECTIONAL**     Magistrate Judge King
**INSTITUTION,**

        **Respondent.**

## ORDER

On August 25, 2016, the Magistrate Judge recommended that Respondent's *Motion to Transfer* (ECF No. 8) be granted and that this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be transferred to the United States Court of Appeals as a successive petition. *Report and Recommendation* (ECF No. 12). Petitioner's request for an extension of time in which to object to that recommendation was granted, and objections were due by October 11, 2016. *Order* (ECF No. 14). No objections to the *Report and Recommendation* have been filed.

The *Report and Recommendation* (ECF No. 12) is **ADOPTED** and **AFFIRMED.** Respondent's *Motion to Transfer* (ECF No. 8) is **GRANTED**. This action is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit for authorization for filing pursuant to § 2244(b)(3)(A)..

Date: October 17, 2016

                                                              s/James L. Graham
                                                              James L. Graham
                                                              United States District Judge