```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**STEPHEN L. HUGHES,**

      Petitioner,

   vs.                                  **Civil Action 2:15-cv-3083**
                                          **Judge Graham**
**WARDEN, PICKAWAY CORRECTIONAL**     **Magistrate Judge King**
**INSTITUTION,**

      Respondent.

## ORDER

On August 25, 2016, the United States Magistrate Judge recommended that Respondent's *Motion to Transfer Petition to Sixth Circuit as Second or Successive Petition* (ECF No. 8), be granted. *Report and Recommendation* (ECF No. 12). The parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, and Petitioner was granted an extension of time, until October 31, 2016, to object to the recommendation. *Order* (ECF No. 18). There has nevertheless been no objection.

The *Report and Recommendation*, ECF No. 12, is **ADOPTED AND AFFIRMED**. The Respondent's *Motion to Transfer Petition to Sixth Circuit as Second or Successive Petition* (ECF No. 8) is **GRANTED**. This action is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit as a successive petition pursuant to 28 U.S.C. § 2244(b)(3)(A).

Date: November 9, 2016

                                                     _____s/James L. Graham_____
                                                     James L. Graham
                                                   United States District Judge